[No. 23973–2–I. Division One. July 16, 1990.]

MELODY ANN BUCHANAN, *Appellant*, v. MICKEY VAN ZILE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Skagit

County, No. 87–2–00606–1, Walter J. Deierlein, Jr., J., entered January 6, 1989. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Scholfield, J.